[No. 9936.   Department One.   March 9, 1912.]

GEORGE W. WILLIAMS, *Appellant*, v. THE CITY OF SPOKANE
et al., *Respondents*.[1]

APPEAL—RECORD—STATEMENT OF FACTS — TIME FOR FILING.   A
statement of facts which was not filed until more than four months
after entry of the judgment, is too late, and will be struck out on
motion.

Appeal from a judgment of the superior court for Spo-
kane county, Sullivan, J., entered February 28, 1910, upon
sustaining a challenge to the sufficiency of plaintiff's evi-
dence, dismissing an action for damages for personal in-
juries.   Affirmed.

*J. F. Blake* and *A. E. Barnes*, for appellant.

*F. B. Morrill, Danson & Williams, A. M. Craven*, and
*Wm. E. Richardson*, for respondents.

PER CURIAM.—This is an action to recover damages for
personal injuries.   At the close of the plaintiff's evidence,
the defendants severally challenged its legal sufficiency, and
a judgment was entered in favor of the several defendants for
their respective costs.   The plaintiff has appealed.

The judgment was entered on February 28, 1910.   On
March 15 following, the appellant and the respondents,
through their respective counsel, stipulated as to the facts
"testified to by plaintiff's witnesses."   The statement was
certified on April 19, by the judge before whom the case was
tried, it was filed on July 2 following, and has not been
served on any of the respondents.   The respondents have
moved to strike the statement, on the ground that it was not
filed or served within the time prescribed by law.

The motion is well taken.   A reference to the dates will
disclose that the statement was not filed within thirty days
after the entry of the judgment, and that more than four

[1]Reported in 121 Pac. 836.

months elapsed before it was filed. The statement will be stricken. Rem. & Bal. Code, §§ 389, 393; *State v. Aschenbrenner*, 45 Wash. 125, 87 Pac. 1118; *McDonald v. Van Houten*, 59 Wash. 593, 110 Pac. 428.

This leaves no question for our determination, and the judgment is therefore affirmed.